IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JANET WILMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 5:11-CV-00088-MMT |
| | ) | |
| CALVIN A. ARNOLD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After reviewing the parties Consent Motion for Intervention and pursuant to Federal Rules of Civil Procedure 24(a) and (24)(b), the Court hereby grants the Consent Motion, adding Joppa Maintenance/Strategic Outsourcing, Inc. and the Hartford Ins. Co. as Intervenor Plaintiffs for the purposes of asserting, protecting, and enforcing its workers' compensation subrogation lien. The style of the case shall be appropriately amended adding the Intervenors, as above.

The Intervenor Plaintiffs shall be entitled to fully participate in discovery, motions, and other proceedings relevant to this case and shall be served with all subsequent matters in the same manner as all other parties and shall, likewise, serve all other parties with subsequent matters.

This 23rd day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Prepared by:

/s/ *Christopher A. Whitlock*
CHRISTOPHER A. WHITLOCK
State Bar No.: 756120
*Counsel for Joppa Maintenance/Strategic Outsourcing, Inc. and The Hartford Ins. Co.*

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220

P. O. Box 56887
Atlanta, GA 30343-0887